Case 4:13-cv-00019 Document 1 Filed in TXSD on 01/03/13 Page 1 of 4

United States Courts
Southern District of Texas
FILED

JAN 0 3 2013

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**CRAIG COSMAN, OWNER, CENTURY FREIGHT CORPORATION**
**1924 RANKIN RD STE 370, TIN 204949179, HOUSTON, TX 77073-5117**

Petitioner

v.

**UNITED STATES**

Respondent

## PETITION TO QUASH SUMMONS

The district court has jurisdiction under IRC Section 7609 (h)
This petition concerns a Summons (copy attached) issued to JPMorgan Chase Bank, PO Box 183164, Columbus, OH 43218 for records in its possession about petitioner.

### Discussion

1. The basis of this Financial Records Summons is alleged failure on the part of the Petitioner to collect and pay over tax from 3/31/2009 to 6/30/2009 in the amount of $5,877.47. This amount has been referred to by the Respondent as Trust Fund and attached is copy of Respondent's calculation of amount.
2. The Petitioner has made full payment of $5,877.47 on December 31, 2012 on attached copy of check #4520 thus removing the purpose of the Financial Records Summons. The Respondent has advised that full payment of the Trust Amount will be sufficient to quash the summons.

Respectfully submitted this 3rd day of January, 2013.

_____
CRAIG COSMAN

Attachments:
Summons, Copy of Trust Fund Recover Data Sheet, Copy of Check



# Financial Records
# Summons

**In the matter of** CRAIG COSMAN, OWNER, CENTURY FREIGHT CORPORATION, 1924 RANKIN RD STE 370, TIN 204949179, HOUSTON, TX 77073-5117
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Periods:** Form 941 for the quarterly period ending March 31, 2009

## The Commissioner of Internal Revenue

**To:** JPMORGAN CHASE BANK
**At:** PO BOX 183164, COLUMBUS, OH 43218

You are hereby summoned and required to appear before TERRI ROBINSON, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.

**Copies of documents and records that you possess or control that concern banking matters of the taxpayer named above, as described in the subparagraphs checked below for the periods shown:**

☒ Bank signature cards of *(Entity Name)* CENTURY FREIGHT CORPORATION
in effect from 06/01/2009 to 12/04/2012

☐ Corporate resolutions of *(Entity Name)*
in effect from   to

☒ Bank statements of *(Entity Name)* CENTURY FREIGHT CORPORATION
from 10/01/2012 to 12/04/2012

☒ *(Number)* 2 Cancelled checks issued each month by taxpayer for *(Entity Name)* CENTURY FREIGHT CORPORATION
during each month of the period from 11/04/2012 to 12/04/2012.   ☐ Front of Checks Only   ☒ Both Front and Back of Checks

☐ Loan applications, agreements, and related records, *(including corporate financial statements)*, submitted by, entered into by, or in effect regarding *(Entity Name)*
from   to

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

8701 S GESSNER, STOP5433HAL, HOUSTON TX 77074 (281) 721-7025 -

**Place and time for appearance at:** 8701 S GESSNER, STOP5433HAL, HOUSTON, TX 77074

**IRS**

on the 7th day of January, 2013 at 8:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 5th day of December, 2012

Department of the Treasury
Internal Revenue Service
www.irs.ustreas.gov
Form 6639 (Rev. 8-2010)
Catalog Number 25400I

TERRI ROBINSON
Signature of issuing officer

*[signature]*
Signature of Approving Officer *(if applicable)*

REVENUE OFFICER
Title

GROUP MANAGER
Title

Part C -- to be given to noticee



# FAX TRANSMITTAL COVER SHEET

Date: 01/02/2013

**To:** Craig Cosman, VP, Century Freight                Mail Stop: _____

Address/Organization: _____

FAX Number: (281)443-8094                Office Phone: _____

**From:** CHARLOTTE A HANNAH                Mail Stop: _____

Address/Organization: 8701 S GESSNER, HOUSTON, TX 77074-2944000,

FAX Number: (281)721-7570                Office Phone: (281)721-7031

Number of Pages: **2** Including cover sheet

Message:    Attached is the Trust Fund Recovery Penalty Data Sheet per your request. If you have any questions, please contact Revenue Officer R. Robinson @ (281)794-3334.

*Please visit us on the intranet at http://publish.no.irs.gov to obtain information about every nationally numbered product published by the Internal Revenue Service. If you are not an IRS employee, visit the IRS homepage at www.irs.gov to obtain current information about the IRS and its services*

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (collect if necessary), and return the communication to the address above via the United States Postal Service. Thank you.

Form **10321** (3-2007)        Catalog Number 23436C        Department of the Treasury-Internal Revenue Service

```
EIN 20-4949179    Trust Fund Recovery Penalty Data    Wed Jan  2 15:33:48 2013
                                      F.I.C.A.          Income       Total
   Earliest ASED    Tax Only       ---------------       Tax        Employee
     04/15/2013                  Employer   Employee   Withheld     Portion
                                 Portion    Portion                 Withheld
============================================================================
01-200903    Filed: 04/30/2009     Assessed:  06/15/2009
     Amount       4562.24    1758.62    1758.62    1045.00    2803.62
     Paid            0.00       0.00       0.00       0.00       0.00
     Balance      4562.24    1758.62    1758.62    1045.00    2803.62
----------------------------------------------------------------------------
01-200906    Filed: 08/20/2009     Assessed:  09/28/2009
     Amount       5382.70    2308.85    2308.85     765.00    3073.85
     Paid            0.00       0.00       0.00       0.00       0.00
     Balance      5382.70    2308.85    2308.85     765.00    3073.85
----------------------------------------------------------------------------
01-201209    Filed: 10/31/2012     Assessed:  12/17/2012
     Amount       8152.74    3399.79    2510.95    2242.00    4752.95
     Paid         8152.74    3399.79    2510.95    2242.00    4752.95
     Balance         0.00       0.00       0.00       0.00       0.00
============================================================================
Balance Totals    9944.94    4067.47    4067.47    1810.00    5877.47
============================================================================
```